UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FRAN STONE**
        Plaintiff

V.

**CIVIL ACTION**

**NO. 18-11156-DJC**

**CYS INVESTMENTS, INC., ET AL**
        Defendant

### ORDER OF DISMISSAL

**CASPER, J.**

For failure of the plaintiff to file a return of service and/or show good cause why service has not been made as ORDERED on January 14, 2019, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

By the Court,

/s/ Denise J. Casper

Deputy Clerk

February 8, 2019